May it please the Court, Maria Chan, Deputy Attorney General, on behalf of the appellant. In this case, I'd like to reserve two minutes for rebuttal, Your Honors. The District Court judgment must be reversed because in granting Chris Fowler's federal petition, the District Court did not give the state court decisions on the merits the deference that is required under the Antiterrorism and Effective Death Penalty Act. In order to be entitled to that, the state court decisions were contrary to or involved in unreasonable application of clearly established United States Supreme Court precedent. He did not do that. First, because as a California state inmate, Chris Fowler does not have a federally protected liberty interest in parole. But even assuming that Mr. Fowler does have a liberty interest in parole, he received a process that he was entitled to under the only clearly established Supreme Court case, which is Greenholtz. Under Greenholtz, Mr. Fowler is entitled to an opportunity to be heard and a statement of the reasons why he was found unsuitable for parole. Mr. Fowler does not contest that he received those protections. This Court has held or has found that parole determination proceedings must also be supported by some evidence on the record. The some evidence standard comes from the United States Supreme Court case of Hill. Hill, however, is not a parole suitability case. Rather, it is a prison disciplinary case. Therefore, Hill, the Hill standard, is not clearly established United States Supreme Court precedent for purposes of parole suitability determinations. Under the recent United States Supreme Court cases of Musalladan v. Carey, Shiro v. Landrigan, and the most recent 2008 case of Wright v. Van Panten, the United States Supreme Court has held that the United States Supreme Court has held that you cannot import a test from one set of circumstances into a situation with similar but still differing circumstances. Under those United States Supreme Court cases, it is not proper to import the Hill standard, which came from a prison disciplinary context, into a parole suitability case where the proceedings are fundamentally different in nature. In a ---- Kagan. We don't really have the authority to rule that way, do we? Yes, you do. Does it handle? Yes, you do, Your Honor, because the ---- this panel is constrained by the requirements of AEDPA. And under AEDPA, only clearly established Supreme Court precedent or Supreme Court authority applies to these cases. Because there is no clearly established Supreme Court case that says that a parole suitability determination must be supported by some evidence, then the State court decisions that denied Fowler's petitions on the merits cannot be contrary to clearly established law. If anything, that remains an open question. And because it remains an open question under Wright v. Van Patten, the ---- Fowler is not entitled to federal relief. Under Supreme Court precedent. Yes, Your Honor. What I was saying also was that the prison disciplinary context is very different from a parole suitability determination. In a prison disciplinary context, it's more of a fact-finding situation where the hearing officer has to make a determination of guilt based on the facts. In a parole suitability case, that is not the case. There are no set of facts which are found to be true would entitle an inmate to a parole date. Rather, it's a judgment call that the Board has to make, and the Board has to consider the crime. They have to consider the impact that it has on the inmate as well as on society, the deterrent effect that it can have. What about the District Court's finding that the Board's findings pertaining to the 1999 psychiatric record and therapy records were flatly contradicted by the record before the Board? I'm referring to the record here, page 36 through 38, page 108, and page 109. In other words, what about the District Court's finding that the Board made erroneous rulings not supported by the record? Okay. Assuming that the Hill standard applies, which is the standard that the District Court did apply in this case, it's a minimally stringent standard. So you're just looking to some evidence on the record. In this case, the District Court essentially conducted its own hearing. It looked at all of the reports, and it made credibility determinations which are reasonable enough to reach the conclusion that the Board was wrong. The Board looked at three different psychiatric evaluations, and it found that the most recent ones were inconclusive because only six years earlier, Mr. Fowler had received a very unfavorable psychiatric evaluation, and the two subsequent evaluations didn't even address the unfavorable aspects of that report. So the Board reasonably found that those reports really couldn't be relied on to favor suitability for him. So even assuming that this Court were to apply the Hill standard to parole suitability determinations, the State court decision on the merits found that there were denied his State court petitions. Granted, it was a summary denial, but nonetheless a denial on the merits. And under clearly established law, even if Hill — excuse me — even if Hill applies, the Board relied on the crime as well as the psychiatric evaluations. The crime alone is — constitutes that some evidence, that modicum of evidence required in Hill to support the State court's decision. Therefore, the District Court decision reversing that was incorrect. Yes, Your Honor. Are you familiar with our decision in Hayward v. Marshall? Yes, I am, Your Honor. Is your threshold position here the same as the one that the State is arguing in that case? Yes, Your Honor, because Hayward is going to be reheard. That now is an open question again. Okay. And do we — in your second — well, it's going to be reheard on bank. Yes, sir. So presumably that's going to be decided by the unbanked court. Yes, Your Honor. That issue. Now, is your secondary position — so we could — this panel could decide to just simply wait until that case is decided to see if you would — if your position prevails in the unbanked court. Yes, Your Honor. Do you have an alternative position for us to take today if — to try to tell us we have an alternative position? You mean that we — an alternative position to a favorable — If you accept that Hill applies, what your argument is that this is supported anyway. Yes, Your Honor, by the evidence of the crime. And also, I wanted to point out that there is no clearly established Supreme Court authority that says that the crime cannot be relied on after the passage of time or after the passage of a certain amount of time. In this case, Mr. Fowler had barely even served 15 years of his 15-to-life sentence. And so the board properly relied on — on his crime. All right. And also, the other issue was the district court's remedy in this case. The district court ordered the case to be returned to the board to set an immediate release date. We would request that if this court were to find in favor of Mr. Fowler, that the proper remedy is to return it so that the governor may also have the opportunity to look at this case, because under California law, the governor has the constitutional authority to review board decisions. And with that, Your Honor, I'd like to save my remaining time for rebuttal. Thank you. May it please the Court, Anne McClintock of the Federal Defender's Office, on behalf of Chris Fowler. I'd like to start — You're used to sitting on that side. I'm not used to sitting on this side. That's why I was confused. Thank you. There are small aspects of what my colleague from the Attorney General's Office spoke about this morning that I agree with. There are many things I obviously disagree with. One thing that distinguishes a parole decision-making context that is different than Hill is that Hill is a fairly spontaneous fact-finding, whereas a parole decision is a status-finding. And this goes back to both Judge Levy and Judge Schroeder's questions about what is it about State law and the question, and the only important question in parole that the board, the superior court, the California Supreme Court, the district court, and us have to decide is does this person at the time of the parole hearing pose an unreasonable risk of danger to the public. And there is no limitation of what the board can look at as long as the evidence is reliable. It has regulations. They're not exclusive regulations. Remorse is not on the regulations, but that is something that is frequently looked at. By State law, you cannot look at the person's refusal to admit responsibility for the crime. That's not neither here nor here in my client's case. Mr. Fowler confessed at the hospital. He has expressed remorse from the moment he hurt this child. This was an unintentional killing, but nonetheless a second-degree killing, second-degree murder or killing. So what the board had to determine was given all the information in front of them, including the psych reports from when he was initially assessed for the documentation hearing, and the Category X report from 1996, I believe, and the 1997 report, the 1999 report, there's a whole series of reports up to the 99, I think was the last one, but there was a follow-up one later in 2000. You have to look at all of those things. One comment I'd like to make about a Category X report that makes it different than, which is something the Attorney General's Office hasn't explained, it's different than a regular board report, because a Category X report is a counsel. It is an intense examination and participation with the prisoner in order to assess what his status is and what therapy he needs. So it's really a very diagnostically intense, and they're picking apart all sorts of things to try to figure out where he is, what his limitations are, beyond whether he poses a current risk of danger, just whether he is the best human being he can be and what mental health treatment can be provided to him. So the Category X report found lots of things about him, not inconsistent with what the trial judge had said back when he sent the letter for the initial hearing, that this was a very immature man. Now, by the time of the Category X report in 1996, a number of years has passed and he has gained a great deal of maturity, but he's still not there. It's not like all of us. The more we age, the more we talk to people, the more we listen to what counselors may have to say about how we can assess our lives. We become more mature, better able to deal with it. And that's the role the Category X report played. So what did he do? In 1996 and 1997, he got extensive group and individual therapy, and that's what Judge Fairbank was referencing about the lack of evidence to support the assessment of the board's reliance on the 1999 report, the most recent FABLE report, in favor of a much older Category X report. And so the district court was quite proper to look at that and say this is not reliable evidence to give preference over an older report, given the evidence that is before the board that this man has made progress, that he has actually done what the board earlier counsel requested him to do, that he has got treatment. So the role, and I want to back up for that, so it's kind of a factual discussion, but the role that the commitment offense plays in deciding whether someone is currently in danger, it's not a simple thing. And I know this Court and certain members of this panel and I have had this discussion before, it's complicated and I don't have a here's the simple rule. It's not a timeline, but what you have to look at, a factually intensive analysis of what did he do, why did he do it. Chris Fowler exploded in 1983 and he smacked a child down repeatedly and the child died two days later. He was at a state where he had no control, no maturity, no ability to voice his concerns with things. He suppressed things through use of marijuana extensively. He had been up all night. We know all that stuff. So what has he done in prison up to the time of the 2000 hearing? He realized how out of control he was. He sought out help. Before he got the extensive psychotherapy, he sought out God. Now, that's not a requirement. There's nowhere in the regulations that you have to find Jesus in order to be found suitable. But that was the remedy he found. And there's nothing in the board's finding that says this was insincere. They found him sincere. The question they have is the commitment offense. And if you look at really what's going on in these cases is they are extremely troubled by the fact that a child died. When I met Mr. Fowler, I was extremely troubled that a child had died because I had a 22-month-old when I went to meet him. That's my problem. That says nothing about the problem I got over with as soon as I shook his hand. That says nothing about his current dangerousness. Now, when I met him in prison in 90-whatever-it-was, 2005, nothing about him in 2000. It's what were the problems he faced that caused him to commit that crime? Has he dealt with them appropriately? And the record before the board conclusively shows, by the time of the 2000 hearing, that he has addressed those anger management issues, he has changed his behavior, he's not, he's programmed so that he has all these things that are in place, so that he has the repeated assurances of psychotherapists who have treated him that he no longer poses a risk of danger to the public. So there was no credibility finding, as the AG mentioned, by the magistrate judge, in crediting the 1990 report over an earlier quote. He's looking independently, as the Respondent's brief says, or Appellant's brief says, he had to do, because there was no reasoned decision. And that's this Court's role. That's the district court's role, is to look at it. There's also a question about whether the crime alone is enough. In Rosencrantz, the California Supreme Court's decision uses language that, you know, in many cases we think is taken out of context, but in this case it fits easily. It is, the crime alone can be enough if the crime shows more than the minimal elements necessary for having committed. This was a second-degree unintentional killing. It is the very nature of what he did that made it the minimal elements necessary, and that's what the trial judge recognized. Your Honor asked a few questions about Hayward. I think if the Court wishes, it can wait to see how Hayward deals with the analysis rather than go ahead and make a decision. I think realistically between now and June 24th, we're probably not going to have a decision. Certainly, I think that there are two aspects of Hayward or Rosencrantz or not Rosencrantz, I'm sorry, Lawrence and Chiaputis, who were the two California cases argued last week, that there's no question on the table. There's been no argument in State court or in the Hayward case that says current dangerousness is not what State law requires. That's a fixed thing that's not at issue. So if you take a look at this record, whether you look at it under some evidence, substantial evidence, or any other thing, as long as it's not an arbitrary review, there is no – there was no evidence that Mr. Fowler still posed an unreasonable risk of danger. The only other point in this, there are some other questions about suitability. What about the remedy? That's what I was going to turn to next. What the district court did – the district court has a great deal of leeway in how to – because it's an equitable remedy. And he took a look at what had happened subsequent to the 2000 hearing to decide whether there was any point to sending it back to the board to do – to expect a hearing that would comport with due process and concluded there wasn't. So the remedy he imposed, and I think it's within his scope of discretion to fashion this, is to tell the board, you set the date. The district court didn't take it upon itself to take a look at what the criteria are in the regulations, the board matrices, to set its own date. And in fact, since this case has been heard, Mr. Fowler was – got a split decision last – I believe it was late November. A date was set by the deputy commissioner who was voting in favor of suitability. So a date was set. So somewhat time has overtaken what the district court had ordered to happen. We have that information. The grant of – or the split decision was rejected by the en banc board, so he remains in custody. We don't have a mootness problem, alas. What the – what the Attorney General has asked for this morning is that the Governor have a chance to review the matter. There are – I have objections to that as far as – but it's the raised constitutional challenge. His – his issue – his commitment offense occurred before the Governor had authority under State law, so I think that allowing that is an ex post facto problem. But we can deal with that in a post-judgment thing. I think the judgment of the district court should be affirmed as it – as it sits. If there are no other questions, I'll submit it. Thank you. Just a few points, Your Honors. First and foremost, that Mr. Fowler's reliance on what the State court has done in the Lawrence or the Chaputis case or any of the other appellate court cases is not a matter of the State court's decision. The State court has clearly established Supreme Court precedent, and the fact that the State court may give Mr. Fowler more protections than what our Federal Constitution might doesn't mean that he's entitled to those protections in a Federal setting. Can you help me for a minute with the – with the facts here? He's appealing the Board – I mean, he's challenging the Board decision. Mr. Fowler? Yeah. Yes, he is. Did he have any – what remedies did he have under State law? If this is before the Governor had jurisdiction to review this. No, Your Honor. I think that what Ms. McClintock meant was that he was sentenced and convicted before the Governor got the – was given the constitutional authority to review the Board decisions. But he's – at the time that the Board made its decision, the year 2000, the Governor had the authority to review a Board's decision if the Board were to grant him then or at any subsequent decision. So what we're asking is that, in fashioning a remedy, that this Court consider that the Governor is entitled to review these decisions and not assert the Governor's discretion and authority by ordering some type of an immediate release under State law. What Mr. Fowler wants is for the Federal Court to basically conduct its own suitability determination, and that is not the role of the courts. Under AEDPA, the Federal Court is to assess the three State court decisions. And also, Mr. Fowler had three State court decisions that denied his petition. It went through three different levels of State court review before getting to Federal reference. The Federal – It doesn't matter that each of those decisions was merely a summary denial without any reasoning? No, Your Honor. While this Court can do an independent review of the record to see if the State court decisions are based on clearly established Supreme Court precedent, it's – it's an independent review of the record to see if there's anything in that State court decision that could support the decision. It's not de novo review. And it's – Were they on the merits? Pardon me? Did they indicate they were on the merits? The presumption is that a summary denial is a denial on the merits. But we use the presumption. Pardon me, Your Honor? We use the presumption. Yes, Your Honor. The State court decision is in this case were not contrary to clearly established Supreme Court precedent, and for those reasons, we would ask that this Court deny Mr. Fowler's petition. Thank you. Thank you. The case just argued, is submitted for decision.
judges: Schroeder, Leavy, Fairbank